UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-62855-cv-WPD

RODGER FORBES,

        Plaintiff,

v.

CARIB'S CABLE AND FIBER L.L.C,
SUTRA COMMUNICATION INC, AND
VAUGHN FARQUHARSON,

        Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion to Enforce Settlement [DE 26] (the "Motion"), and the January 30, 2023 Report and Recommendation of Magistrate Judge Patrick M. Hunt [DE 36] (the "Report"). The Court notes that no objections to the Report [DE 36] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 36] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 36] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Report [DE 36] is hereby **ADOPTED** and **APPROVED**;

2.      Plaintiff's Motion [DE 26] is **GRANTED**; and

3. Plaintiff is entitled to $6,100 pursuant to the default provision of the settlement agreement, and attorneys' fees in the amount of $1,350.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day February, 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Hunt